IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LOPEZ,

    Plaintiff,

vs.

MATTHEW CATE, et al.,

    Defendants.
_____ /

No. C 11-2644 YGR (PR)

**JUDGMENT**

    For the reasons set forth in the Order Granting Defendants' Motion to Dismiss; and Terminating Plaintiff's Pending Motion as Moot, judgment is entered against Plaintiff and in favor of Defendants.

    IT IS SO ORDERED.

DATED: October 1, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Lopez2644.jud.wpd