IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LOPEZ,

    Plaintiff,

vs.

MATTHEW CATE, et al.,

    Defendants.

No. C 11-2644 YGR (PR)

**JUDGMENT**

    For the reasons set forth in the Order Granting Defendants' Motion to Dismiss; and Terminating Plaintiff's Pending Motion as Moot, judgment is entered against Plaintiff and in favor of Defendants.

    IT IS SO ORDERED.

DATED: October 1, 2012

                                              YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT COURT JUDGE